# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIGOBERTO MELERO AGUIRRE,<br><br>          Petitioner,<br>   v.<br>CYNTHIA ENTZEL, Warden,<br><br>          Respondent. | Case No. CV 17-05228 MWF (AFM)<br><br>**JUDGMENT** |

Pursuant to the Order Summarily Dismissing Habeas Petition for Lack of Subject Matter Jurisdiction,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice for lack of subject matter jurisdiction.

DATED: August 3, 2017

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE